919 A.2d 184

NORTHERN TIER SOLID WASTE AUTHORITY, d/b/a Bradford County Landfill, McKean County Solid Waste Authority, Clinton County Solid Waste Authority, d/b/a Wayne Township Landfill, Appellants

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE; Larry P. Williams, Secretary of the Department Of Revenue; Commonwealth of Pennsylvania, Department of Environmental Protection; Kathleen A. McGinty Secretary of the Department of Environmental Protection; Commonwealth of Pennsylvania, Appellees

Pennsylvania Waste Industries Association, Intervenors.

Supreme Court of Pennsylvania.

Feb. 20, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED. The Application to List Case for Oral Argument is DENIED.